# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSATILE SUPREME ALLAH, | 1:12-cv-1387-MJS (PC) |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | |
| STATE OF CALIFORNIA, | (ECF No. 7) |
| Defendant. | CLERK SHALL CLOSE CASE |

Plaintiff Versatile Supreme Allah ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on August 23, 2012. (ECF No. 1.) On October 9, 2012, Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 7.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

-1-

1 without prejudice.

2   The Clerk shall CLOSE this case.

3

4 IT IS SO ORDERED.

5 Dated:     October 23, 2012                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28