1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                       EASTERN DISTRICT OF CALIFORNIA
14
15  VERSATILE SUPREME ALLAH,            1:12-cv-1387-MJS (PC)
16           Plaintiff,
                                        VOLUNTARY DISMISSAL OF ACTION
17       v.
18  STATE OF CALIFORNIA,                (ECF No. 7)
19           Defendant.
                                        CLERK SHALL CLOSE CASE
20  _____/

21       Plaintiff Versatile Supreme Allah ("Plaintiff") is a state prisoner proceeding pro se
22  in a civil rights action pursuant to 42 U.S.C. § 1983.
23       This action was initiated on August 23, 2012. (ECF No. 1.) On October 9, 2012,
24  Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed.
25  (ECF No. 7.)
26       Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court
27  order by filing a notice of dismissal.
28       Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

-1-

1 without prejudice.

2     The Clerk shall CLOSE this case.

4 IT IS SO ORDERED.

5 Dated:   October 23, 2012            /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE